THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROMAN J. MARCINKOWSKI, Appellant.

Submitted April 4, 1949; decided April 14, 1949.

*Roman J. Marcinkowski,* in person, for motion.

No one opposed.

Motion dismissed upon the ground that the order of the Appellate Division is not appealable to the Court of Appeals.